**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PHILIP EDWARD LORENZ**,<br><br>    Plaintiff,<br><br>vs.<br><br>**ANDREW SAUL**,<br><br>    Defendant. | Case No.: 4:19-cv-06702-YGR<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

By Orders issued on April 16, 2020 and later on June 25, 2020, plaintiff Philip Edward Lorenz was directed to file, first no later than June 16, 2020, and then no later than August 14, 2020, proof of service of the summons and complaint upon defendant Andrew Saul. As of August 27, 2020, Lorenz has not filed any proof of service, nor has he filed any documents in this matter since October 18, 2019.

Therefore, and pursuant to Federal Rule of Civil Procedure 4(m) this action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: August 31, 2020

    _____
    **YVONNE GONZALEZ ROGERS**
    **UNITED STATES DISTRICT JUDGE**